AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Northern District of Indiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Jose Feliciano Juarez | ) | 2:26-MJ-25 |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 24, 2026 _____ in the county of _____ Tippecanoe _____ in the _____ Northern _____ District of _____ Indiana _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(ii) | Transporting Illegal Aliens |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

*J. Hines*

*Complainant's signature*

SA Jason Hines, HSI

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P 4.1 by email transmission and telephonic confirmation.

Date: _____ 2/5/2026 _____

s/John E. Martin

*Judge's signature*

City and state: _____ Hammond, IN _____

Hon. John E. Martin, U.S. Magistrate Judge

*Printed name and title*

Case No. 2:26-MJ-25

## AFFIDAVIT

I, JASON HINES, being duly sworn, state as follows:

1.     I am a Special Agent with Homeland Security Investigations ("HSI") and have been so employed for approximately sixteen years. I work in conjunction with other law enforcement agencies in reviewing cases involving aliens who are charged with or convicted of criminal offenses. I have received training concerning immigration-related laws, policies, and procedures, including those related to the illegal transportation of aliens and reentry of previously deported aliens.

2.     This affidavit is submitted in support of a criminal complaint alleging that JOSE FELICIANO JUAREZ, has violated Title 8, United States Code, Section 1324(a)(1)(A)(ii), by illegally transporting aliens. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging JUAREZ with Illegal Transportation of Aliens, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that JUAREZ committed the offense stated in the complaint.

3.     This affidavit is based on my personal knowledge; information provided to me by other law enforcement agents and officers and by other persons identified in this affidavit; and my review of records maintained by

1

U.S. Immigration and Customs Enforcement ("ICE"), other components of the Department of Homeland Security ("DHS"), and other government agencies.

4.      On January 24, 2026, I received information from the Indiana State Police (ISP) indicating JUAREZ was encountered during a traffic stop on southbound Interstate 65 in Tippecanoe County, Indiana. According to ISP reports, troopers stopped a Ford Escape with an Arizona registration after receiving information indicating the driver had an active arrest warrant.

5.      Shortly before the ISP traffic stop, a Hobart Police Department (HPD) officer conducted a traffic stop for an obstructed license plate on the same vehicle on Interstate 65 and determined, after the vehicle was released from the traffic stop, the driver had an active federal probation violation warrant. The HPD officer then relayed information regarding the vehicle and driver to the ISP.

6.      The driver, JUAREZ, was arrested by ISP for a federal probation violation warrant related to Conspiracy to Transport an Illegal Alien. Six passengers were located in the compact sport utility vehicle, including one in the cargo area. All six passengers were identified as Mexican citizens and detained based on ISP's delegated federal immigration authority.

7.      Two of the aliens located in JUAREZ's vehicle were previously deported or removed from the U.S. to Mexico in late 2025 and were

2

subsequently charged by criminal complaint in the Northern District of Indiana.

8.    The remaining four aliens detained by ISP in JUAREZ's vehicle were turned over to ICE Enforcement and Removal Operations for administrative removal proceedings.

9.    I reviewed DHS law enforcement databases, which indicate JUAREZ is a U.S. citizen previously convicted, on or about May 20, 2024, in the United States District Court for the District of New Mexico, for the offense of Conspiracy to Transport an Illegal Alien. JUAREZ was sentenced to 160 days imprisonment and two years supervised released, under case number 2:24-cr-00283-MIS. JUAREZ is alleged to have later violated his supervised release by failing to report to Federal Probation within 72 hours of his release from custody and an arrest warrant was issued.

10.    On February 3, 2026, I interviewed JUAREZ at the Clinton County Jail in Frankfurt, Indiana, a U.S. Marshals Service contracted detention facility. JUAREZ was held pending removal to the District of New Mexico for the supervised release violation matter.

11.    I conducted the interview with the assistance of a Spanish-speaking interpreter, provided telephonically by contractor Lionbridge Interpreter Services. The interview was audio recorded. I advised JUAREZ of his *Miranda* rights, both verbally through the interpreter and a written form

3

in Spanish. JUAREZ indicated he understood his rights and agreed to speak with me without the assistance of an attorney.

12.    JUAREZ indicated, not verbatim, that he knowingly transported aliens unlawfully present in the U.S. from Phoenix, Arizona, with stops in Denver, Colorado and Chicago, Illinois, before his arrest in Indiana. JUAREZ advised all of the aliens he transported were Mexican citizens. JUAREZ stated he knew at least one of the aliens was previously removed or deported from the U.S. two or three months prior to their arrest on January 24, 2026 in Indiana.

13.    JUAREZ indicated he dropped off one alien in Chicago, Illinois prior to his arrest in Indiana with the remaining six aliens in his vehicle.

14.    JUAREZ stated he owned the vehicle he used to transport the aliens, but it was registered in Arizona in the name of his cousin or his cousin's husband.

15.    JUAREZ stated he was to be paid $300 per alien by a facilitator in Mexico when the job was completed. JUAREZ stated he communicated with the facilitator via text messaging and WhatsApp and was provided addresses to transport the aliens. JUAREZ also stated he received a $400 cash payment from the facilitator, through an intermediary, to cover his fuel expenses prior to the trip.

16.    JUAREZ stated he was the sole driver during the several days he transported aliens between Phoenix, Arizona and Indiana. JUAREZ also

4

advised he was under the influence of cocaine during the transport. Officers at the Clinton County Jail seized suspected cocaine from JUAREZ while searching him during his jail intake on January 24, 2026.

17.    I reviewed license plate reader data from multiple sources, which indicated JUAREZ's Ford Escape was detected in the following locations prior to JUAREZ's arrest on January 24, 2026 in Tippecanoe County, Indiana.

- North of Phoenix, Arizona on the night of Thursday, January 22

- Colorado on the afternoon of Friday, January 23

- Kansas later in the day on Friday, January 23

- Missouri early on the morning of Saturday, January 24

- Will County, Illinois on the morning of Saturday, January 24

- Indiana later in the morning on Saturday, January 24

18.    Based upon the foregoing, I respectfully submit that there is probable cause to believe that JUAREZ transported at least six aliens, specifically Mexican citizens unlawfully present in the U.S., within the

5

United States, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).


FURTHER AFFIANT SAYETH NOT.


_____
JASON HINES
Special Agent
Homeland Security Investigations


Subscribed and sworn to me by telephone and transmission of this affidavit by reliable electronic means, to wit, email, pursuant to Federal Rules of Criminal Procedure 41(d)(3) and 4.1, this 5th day of February, 2026.

    s/John E. Martin
_____
HONORABLE JOHN E. MARTIN
UNITED STATES MAGISTRATE JUDGE

6